# EXHIBIT 2

February 5 2015

Diane Blanchard and Staci Grodin
Lyme Research Alliance
Tick-Borne Disease Alliance
Stamford CT

Dear Diane and Staci

This document will serve as the AGREEMENT between Camy Calve Events (hereafter referred to as CCEvents) and Lyme Research Alliance and Tick-Bome Disease Alliance (hereafter referred to as LRA/TBDA) for the purposes of planning and executing a benefit gala dinner for LRA/TBDA, to be held on a date to be determined in October 2015, hereafter referred to as the Gala The contract period will begin December 30, 2014 and end November 15, 2015

CCEvents will be responsible for the overall management and execution of all activities related to the Gala, as follows

1 CCEvents will provide LRA/ TBDA with a comprehensive time table.

2 CCEvents will recommend and secure a venue for LRA/TBDA to review and approve

3 CCEvents will be responsible for securing the most appropriate leadership for the Gala, with a focus on recruiting 2-4 co-chairs per respective honoree, with input from LRA/TBDA. This will include, but is not limited to:

   a CCEvents will provide unlimited access in person or by phone and/or e-mail with Camy Calve to provide strategic advice and discuss those qualities needed to secure the most effective co-chairs, including specific suggestions for potential co-chairs and the providing of talking points for LRA/TBDA to use when approaching these individuals Camy Calve will directly communicate with and secure co-chairs for the Gala

   b CCEvents will provide general and unlimited consultation with Camy Calve, who brings over two decades of experience to this field, regarding the viability of various co-chairs, and the combination of persons to be approached, with the overall goal being to give LRA/TBDA's fundraising activities as wide and as deep a platform of business/social and cultural spheres in which to solicit donations for the Gala

   c CCEvents will arrange and participate in meetings or phone conferences with prospective co-chairs and board committee members to assist in securing such individuals to become involved in the Gala in this capacity Also, Camy Calve will be available at all times to meet with board committee members and to participate in any and all meetings with board committee members

   d. CCEvents will explain in detail to all honorees, co-chairs and board committee members the elements of their involvement in the fundraising process for the Gala, tailored to the needs and ability of each respective co-chair

e. CCEvents will take the lead on all calls and meetings pertaining to securing entertainment for the Gala

4. Camy Calve and CCEvents will take responsibility for the compilation of all mailing lists, including:

a. Camy Calve will request and secure mailing lists from Honorees and Co-Chairs,

b. Developing additional corporate lists as related to the Honorees and Co-Chairs;

c. CCEvents will request and secure all LRA and TBDA donor lists from LRA/ TBDA including individual board member lists;

d. CCEvents staff will be responsible for additional research on contact information (phone numbers, e-mail addresses) where necessary and available

e. All mailing lists become the property of LRA /TBDA and will not be shared

5. CCEvents – through its staff and chosen designer- will supervise the writing, production, printing and dissemination of all solicitation materials for the Gala, including, but not limited to the following:

a. CCEvents will work with designers and printers (recommended by CCEvents or LRA /TBDA) on the Gala invitation, Save-the-Date and response cards, the Gala program, and, if necessary, stationery letterhead and logos, all copy and designs to be reviewed and approved by LRA/ TBDA. The designer will provide electronic invitation and electronic copy of Save the Date, invitation, response card, etc.

b. CCEvents will be responsible for all aspects of the Gala journal.

c. CCEvents staff will draft solicitation letters for all co-chairs and, if so desired, honorees, to be reviewed by these individuals. In addition to the respective mailing lists, CCEvents will be responsible for the securing and coordination of all necessary materials from co-chairs, including signatures, letterhead and envelopes. The copy for all solicitation letters will be reviewed and approved by LRA /TBDA

d. CCEvents will draft all copy and work closely with LRA/ TBDA, on all design and copy issues, to ensure client's approval and complete satisfaction

e. Upon approval of the above, CCEvents will take responsibility for the finalization and dissemination of all solicitation letters. All personalized mailings will be sent directly from CCEvents, which will also oversee all non-personalized mailings to be finalized and sent from Lettershop.

6. CCEvents will be responsible for the execution of all follow-up phone calls (unless agreed otherwise with LRA/TBDA) after the solicitation mailing, including coordination with the leadership (honorees and co-chairs) on suggested follow-up calls with prospective supporters and/or expansion of lists for additional mailings. CCEvents will maintain an organized review of all calls and responses to be provided to LRA /TBDA.

7. CCEvents will be responsible for receipt and recording of all monies received from solicitation mailings, including donations, ticket and table sales and recording of all

monies Bookkeeping reports (including the comprehensive list of solicitation responses) will be forwarded on a weekly basis along with all checks received CCEvents will provide weekly updated reports on responses to all solicitations. As with mailing lists, all donor records become the sole property of LRA/TBDA and will not be shared

8. CCEvents will participate in any meetings necessary between client and venue staff prior to the Gala.

9. CCEvents will provide a timeline for the night of the Gala as well work on a script with the staff of LRA/TBDA for all speakers

In regards to auction activities, CCEvents will provide assistance in all aspects.

10. CCEvents will work with LRA/ TBDA on the production of the hard copy dinner program, and make sure that it is supplied to the venue in a timely manner. LRA/TBDA will advise on and approve the final proof of the program.

11. CCEvents will negotiate contracts and approve all vendor bills (as necessary) with LRA/TBDA on all physical arrangements for the Gala

12. CCEvents will take responsibility for seating arrangements, including but not limited to the following

   a. CCEvents staff will handle the organizing of seating of all guests and reconfirming attendance prior to the Gala. They will keep LRA/TBDA apprised of up to the minute attendance lists and work with LRA/TBDA staff to create the most effective table groupings of individual guests and complimentary invitees, LRA/ TBDA staff board members, etc.

   b. Camy Calve will provide guidance in placement of tables for the Gala, in conjunction with client.

   c. CCEvents will supply all necessary seating data to banquet staff at venue in a timely manner prior to the Gala.

   d. At the Gala, CCEvents will be responsible for all aspects of the actual Gala, including but not limited to handling all aspects of registration and seating, and acting as immediate liaison with banquet staff CCEvents will ensure that the registration table will be sufficiently staffed with experienced employees of CCEvents, the night of the Gala.

   e. At the Gala itself, CCEvents staff will supply client with copies of the alpha guest list, a list of guests by table, and a chart showing table placement for dinner

   f. At the Gala itself, CCEvents staff will act as troubleshooters in regard to any issues that arise in terms of seating, menu, table placement, etc. and will be available throughout the Gala to assist client in any way deemed necessary

13. CCEvents will take responsibility for following up by phone or mail on all pledges made that remain outstanding after the Gala until all are paid. Results of all follow-up efforts will be sent to client in a timely manner. CCEvents will also be responsible for thank you letters and ensuring that all guests (attendees and non-attending donors) receive receipts.

14. Camy Calve and her staff will be available for consultation on any and all matters pertaining to the Gala. and will respond to any and all inquiries from client in a timely manner.

15 In the event LRA/TBDA gives written notice of cancellation of the Gala to CCEvents on or before July 31st, 2015, LRA/TBDA will only be responsible for payment to CCEvents of the monthly payments (as defined below) and expenses incurred and payable up until the time of such notice.

If LRA/TBDA gives notice of cancellation of the Gala on or after August 1st, 2015, LRA/TBDA shall nevertheless be responsible for payment to CCEvents for CCEvents's entire fee. together with any direct office expenses actually incurred by CCEvents in the fulfillment of this Agreement up until the date of notice of cancellation.

FEE

The fee for planning and organizing the Gala is $70,000. Fee payable as follows: $4,000 due upon the signing of this contract; $4,000 payable on the first of each month from January 2015 to October 2015; and the remaining $26,000 payable on the date that is three (3) weeks after the date of the Gala. The fee is separate and distinct from any and all expenses.

LRA/TBDA will be billed by suppliers for printing, lettershop work, postage costs, hotel expenses. flowers. messenger services, etc.; provided, however, that LRA/TBDA will not be billed by any such supplier unless LRA/TBDA has approved such expenses in advance. LRA/TBDA will not be charged for copies, fax, and local phone calls.

If the above is satisfactory to you, your signature below will constitute our contract. I look forward to working with you to produce a successful event.

Sincerely,

| | | | |
|---|---|---|---|
| Camy Calve<br>Camy Calve Events | Date | [signature]<br>Diane Blanchard<br>LRA | 2-10-15<br>Date |
| | | Staci Grodin<br>TBDA | Date |