# EXHIBIT 4



# CAMY CALVE
### EVENTS

February 20, 2017

Scott Santarella
Global Lyme Alliance
222 Railroad Ave. #2B
Greenwich, CT 06830

Dear Scott,

This document will serve as the AGREEMENT between Camy Calve Events (hereafter referred to as CCEvents) and Global Lyme Alliance (hereafter referred to as GLA) for the purposes of planning and executing a benefit gala dinner for GLA, to be held on October 11, 2017. The contract period will begin as of the date of this letter and end December 31, 2017.

CCEvents will be responsible for the following areas related to the Gala:

1. CCEvents will participate in weekly or bi-weekly calls with the GLA committee.

2. CCEvents will be responsible for helping to secure the most appropriate leadership for the Gala, with a focus on recruiting 2-4 co-chairs per respective honoree, with input from GLA. This will include, but is not limited to:

    a. CCEvents will provide strategic advice and discuss those qualities needed to secure the most effective co-chairs, including specific suggestions for potential co-chairs and the providing of talking points for GLA to use when approaching these individuals. Camy Calve will directly communicate with and help secure co-chairs for the Gala.

    b. CCEvents will provide general and unlimited consultation with Camy Calve, who brings over two decades of experience to this field, regarding the viability of various co-chairs, and the combination of persons to be approached, with the overall goal being to give GLA fundraising activities as wide and as deep a platform of business/social and cultural spheres in which to solicit donations for the Gala.

    c. CCEvents will arrange and participate in meetings or phone conferences with prospective co-chairs and GLA board committee members to assist in securing such individuals to become involved in the Gala in this capacity. Also, Camy Calve will be available at all times to talk with GLA board committee members and to participate in any and all conversations with GLA board committee members.

    d. CCEvents will explain in detail to all honorees, co-chairs and board committee members the elements of their involvement in the fundraising process for the

Gala, tailored to the needs and ability of each respective co-chair.

3. Camy Calve and CCEvents will take responsibility for the compilation of all mailing lists, including:

    a. Camy Calve will request and secure mailing lists from Honorees and Co-Chairs;

    b. Developing additional corporate lists as related to the Honorees and Co-Chairs;

    c. CCEvents will request and secure all GLA donor lists from GLA, including individual board member lists;

    d. CCEvents staff will be responsible for additional research on contact information (phone numbers, e-mail addresses) where necessary and available.

    e. All mailing lists become the property of GLA and will not be shared.

    f. It is agreed that GLA and CCEvents will operate off a shared drive, that can be accessed 24/7 by either party.

4. CCEvents – through its staff and the mutually chosen designer- will supervise the writing, production, printing and dissemination of all solicitation materials for the Gala. GLA will be responsible for all design elements associated with the Gala. Design elements associated with the solicitation letters and materials will be the responsibility of GLA, in conjunction with CCEvents. Responsibilities will be delineated as follows:

    a. Design and Print Production. The responsibilities for design elements and associated materials for the Gala are delineated as follows:
        i. GLA will define the design concept in line with the GLA global branding. This will control the "look and feel" of the gala collateral materials.
        ii. GLA will deliver the design concept to a designer agreed upon by GLA; GLA will approve the final gala collateral materials.
        iii. CCEvents and GLA will jointly agree upon a printer.
        iv. CCEvents will manage the production process for the Gala invitation, Save-the-Date, response cards, stationery and letterhead, and place cards (if nec.)
        v. GLA will take responsibility and manage the production of the Gala program, and logos (where nec.).
        vi. All copy and designs to be reviewed and approved by GLA.
        vii. The designer will provide electronic Invitation and electronic copy of Save the Date, invitation, response card, etc.

    b. GLA will take responsibility of the production of Gala program as well as all logos, Dinner Program and Journal.
        i. CCE will be responsible for production of letterhead. GLA will be responsible for coordinating and executing all aspects of the Gala journal, including obtaining all design elements for ads, and letters from the co-chairs (for the Journal). GLA will draft auction item descriptions as received, including restrictions and fair market value.

2

    c. CCEvents staff will draft solicitation letters for all co-chairs and, if so desired, honorees, to be reviewed by these individuals. In addition to the respective mailing lists, CCEvents will be responsible for the securing and coordination of all necessary materials from co-chairs, including signatures, letterhead and envelopes. The copy for all solicitation letters will be reviewed and approved by GLA.

    d. CCEvents will take responsibility for the finalization and dissemination of all solicitation letters. All personalized mailings of over 50 letters will be sent directly to Lettershop under CCEvents supervision for mailing. CCEvents will also oversee all non-personalized mailings to be finalized and sent from Lettershop.

5. CCEvents will be responsible for the execution of all follow-up phone calls (unless agreed otherwise with GLA) after the solicitation mailing, including coordination with GLA, the leadership (honorees and co-chairs) on suggested follow-up calls with prospective supporters and/or expansion of lists for additional mailings. CCEvents will maintain an organized review of all calls and responses to be provided to GLA.

6. CCEvents will be responsible for receipt and recording of all monies received from solicitation mailings, including donations, ticket and table sales and recording of all monies. Bookkeeping reports will be forwarded on a weekly basis in an agreed upon format along with all checks received. CCEvents will provide weekly updated reports on responses to all solicitations. Immediately prior to the event, the timing of reports is anticipated to be intensified. As with mailing lists, all donor records become the sole property of GLA and will not be shared.

7. GLA will coordinate the travel for all celebrities, honorees, co-chairs, and significant personnel GLA will be responsible for reviewing, approving and expediting all production requests CCEvents will review and approve all production requests (backline, rentals, etc.).

8. GLA and will be responsible for providing a timeline for all on-site day activities, including development of the script for all speakers.

In regards to auction activities, GLA will be responsible for all activities related to the auction, including collecting of auction bids the night of the Gala.

9. GLA will be responsible for the production of the hard copy dinner program, and make sure that it is supplied to the venue in a timely manner.

10. As the primary contact with the Cipriani production team, GLA will work with the PR company or companies to share confirmed talent, design and order step-and-repeat banner, arrange for red carpet and stanchions, and coordinate with venue for best placement of red carpet and VIP area.

11. GLA will negotiate contracts and finalize all vendor contracts for GLA execution, review and approve all vendor bills (as necessary.

3

12. CCEvents will take responsibility for seating arrangements, including but not limited to the following:

    a. CCEvents staff will coordinate the seating organization with GLA and will reconfirm guest attendance prior to the Gala. They will keep GLA apprised of up to the minute attendance lists and work with GLA staff to create the most effective table groupings of individual guests and complimentary invitees, GLA staff, board members, etc. All placements are to be confirmed with GLA. CCEvents will coordinate the timing of placement decisions to meet notification requirements with vendors.

    b. Camy Calve will provide guidance in placement of tables for the Gala, in conjunction with GLA.

    c. CCEvents will supply all necessary seating data and menu restrictions to banquet staff at venue in a timely manner prior to the Gala.

    d. GLA to provide 'day of' onsite representation to field queries from production team, banquet team, AVE (testing video, PowerPoint), teleprompter preparation, and lighting.

    e. At the Gala, GLA will be responsible for all aspects of the actual Gala, (with the exception of seating, registration and table placement), including but not limited to acting as immediate liaison with staff for banquet (except where it relates to seating and table placement), audio visual and music.

    f. CCEvents will ensure that the registration table will be sufficiently staffed with experienced employees of CCEvents, the night of the Gala.

    g. As early as possible prior to and at the Gala itself, CCEvents staff will supply client with copies of the alpha guest list, a list of guests by table, and a chart showing table placement for dinner.

    h. At the Gala itself, CCEvents staff will act as troubleshooters in regard to any issues that arise in terms of seating, menu, table placement, banquet staff, (as it relates to seating and table placement).

    i. GLA will be responsible for and act as troubles shooters for any issues that arise from red carpet, handling awards, timing, etc.

13. GLA will take responsibility for following up by phone or mail on all pledges made that remain outstanding after the Gala until all are paid. GLA will also be responsible for thank you letters and ensuring that all guests (attendees and non-attending donors) receive receipts.

14. In the event GLA gives written notice of cancellation of the Gala to CCEvents on or before July 31st, 2017, GLA will only be responsible for payment to CCEvents of the monthly payments (as defined below) and expenses incurred and payable up until the time of such notice.

4

If GLA gives notice of cancellation of the Gala on or after August 1st, 2017, GLA shall nevertheless be responsible for payment to CCEvents for CCEvents's entire fee, together with any direct office expenses actually incurred by CCEvents in the fulfillment of this Agreement up until the date of notice of cancellation. Direct office expenses must be in line with approved budget or specifically pre-approved by GLA.

FEE

The fee for CCEvents services for the Gala will be $75,000. The fee is separate and distinct from any and all direct office expenses. Fee payable according to the following schedule:

| | |
|---|---|
| Fee Payable | $75,000 |
| Upon Signing | 7,000 |
| Mar. 1st | 4,250 |
| April 1st | 4,250 |
| May 1st | 4,250 |
| June 1st | 4,250 |
| July 1st | 4,250 |
| Aug. 1st | 4,250 |
| Sept. 1st | 4,250 |
| Oct. 1st | 4,250 |
| Oct. 11th | 31,500 |
| Oct. 31st | 2,500 |

GLA will be billed by suppliers for printing, Lettershop work, postage costs, hotel expenses, flowers, messenger services, etc.; provided, however, that GLA will not be billed by any such supplier unless GLA has approved such expenses in advance. GLA will not be charged for fax, and local phone calls.

If the above is satisfactory to you, your signature below will constitute our contract. I look forward to working with you to produce a successful event.

Sincerely,

Camy Calve
Camy Calve Events

2/21/17
Date

Global Lyme Alliance

5

_[signature]_ 2/27/17
Date

_____
Date

6