

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

October 26, 2018

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:   *Global Lyme Alliance, Inc. v. Calve*, No. 18-cv-07639
      Defendant's Request for Pre-Motion Conference

Dear Judge Koeltl:

Withers Bergman LLP is counsel to Plaintiff Global Lyme Alliance, Inc. ("GLA" or "Plaintiff") and I write in response to Defendant's above-referenced request on October 24, 2018 for a Pre-Motion Conference.

Apparently, there was some miscommunication between myself and Defendant's counsel, as I thought I had made it clear to Defendant's counsel that Plaintiff would indeed be amending its complaint on or before Monday, October 29th, in order to try and resolve and/or at least narrow the pleading concerns previously raised by Defendant.  Apologies to the Court and counsel to the extent that I could have been more precise in my above-referenced communications.

In all events, I have conferred with Defendant's counsel subsequent to his filing of his request and we have agreed that Plaintiff will file an amended complaint on or before Monday, October 29th, which should render the need for the requested conference moot.

Thank you, and of course, please advise if any further information is required.

Respectfully submitted,

*/s/ JEG*

James Nealon

cc: Rob Cohen, Esq. (by email)

Withersworldwide
London  Geneva  Zurich  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  San Francisco
Los Angeles  Rancho Santa Fe  San Diego

Withers SBL
Melbourne  Sydney