UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-8-18

-----------------------------------------------------------------X

GLOBAL LYME ALLIANCE, INC.,

                Plaintiff,

    - against –

CAMY CALVE,

                Defendant.

-----------------------------------------------------------------X

18-cv-7639 (JGK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____

_X_ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

SO ORDERED.

DATED:    New York, New York
                November 7, 2018

                                          /s/ John G. Koeltl
                                          **John G. Koeltl
                                          United States District Judge**

* Do not check if already referred for general pretrial.