```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-8-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL LYME ALLIANCE, INC.,

                Plaintiff,

-against-

CAMY CALVE,

                Defendant.

18-CV-7639 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    The plaintiff may file an amended complaint by **November 26, 2018**. The defendant should move to dismiss or answer by **December 14, 2018**. The plaintiff should respond to any motion to dismiss by **January 4, 2019**. The defendant may reply by **January 18, 2019**.

    Discovery is **stayed** pending a decision on any motion to dismiss or pending an answer to the complaint.

SO ORDERED.

Dated: November 7, 2018
      New York, New York

                                      JOHN G. KOELTL
                               United States District Judge

1