UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLOBAL LYME ALLIANCE, INC.,

       Plaintiff,

-against-

CAMY CALVE d/b/a CAMY CALVE EVENTS,

       Defendant.
-------------------------------------------------------------------X

Index No.: 18-cv-07639-JGK

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Global Lyme Alliance, Inc., by its undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated:  New York, New York
        February 26, 2019

                                              WITHERS BERGMAN LLP

                                      By: _____
                                              James Nealon
                                              Joseph Gallo
                                              430 Park Avenue
                                              New York, NY 10022
                                              (212) 848-9800
                                              james.nealon@withersworldwide.com
                                              joseph.gallo@withersworldwide.com

                                              *Attorneys for Plaintiff*
                                              *Global Lyme Alliance, Inc.*